# UNITED STATES DISTRICT COURT

for the
Eastern District of Michigan

| | | |
|---|---|---|
| **Steve Maniaci** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:26-cv-10857-LVP-DRG |
| | ) | |
| | ) | |
| **Up-Thrive LLC** | ) | |
| | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Lysne Cook, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Up-Thrive LLC in Duval County, FL on March 18, 2026 at 10:52 am at 476 Riverside Ave, Jacksonville, FL 32202-4912 by leaving the following documents with Britia Rembert who as RECEPTIONIST at Republic Registered Agent is authorized by appointment or by law to receive service of process for Up-Thrive LLC.

SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, CIVIL COVER SHEET, CLASS ACTION COMPLAINT

Additional Description:
Papers were served at 10:50 AM.
Race: Black or African American, Sex: Female, Est. Age: 35-44, Hair: Brown, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=30.3208718617,-81.6748722072
Photograph: See Exhibit 1

Standard Serve 476 Riverside Ave, Jacksonville, FL 32202-4912 1@$127.00=$127.00
Total Cost: $127.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Duval County_                                    ,

___FL___    on    _3/20/2026_          .

/s/ *Lysne Cook*

Signature
Lysne Cook
+1 (904) 502-3960



Exhibit 1a)