**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| STEVE MANIACI | ) | |
| *on behalf of himself and* | ) | Civil Action No.:  2:26-cv-10857 |
| *others similarly situated*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Jury Trial Demanded |
| v. | ) | |
| | ) | |
| UP-THRIVE LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

DATED this 30TH DAY OF April, 2026

By: _/s/ Anthony I. Paronich_____
Anthony I. Paronich, Esq.

PARONICH LAW, P.C.
Anthony I. Paronich, Esq.
*Counsel for Plaintiff*
350 Lincoln Street, Suite 2400
Hingham, MA 02043.
(508) 221-1510
anthony@paronichlaw.com