**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STEVE MANIACI,

      Plaintiff(s),

   V.                          CASE NO. 26-10857
                                     HON. LINDA V. PARKER

UP-THRIVE LLC,

      Defendant(s).

_____/

## <u>ORDER OF DISMISSAL</u>

The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 4] on

April 30, 2026; Accordingly, the above-entitled action is **DISMISSED WITHOUT**

**PREJUDICE AND WITHOUT COSTS**.


                              s/Linda V. Parker
                              Linda V. Parker
                              United States District Judge

Dated:  April 30, 2026

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 30, 2026, by electronic and/or ordinary mail.

                              s/A. Flanigan
                              Case Manager